# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | |
| Petitioner, | ) ) | **ORDER** |
| vs. | ) ) | |
| Riverdale High Lodge, | ) ) | Case No. 1:18-mc-003 |
| Respondent. | ) | |

On April 25, 2018, the Equal Employment Opportunity Commission ("EEOC") filed an "Application for an Order to Show Cause Why Administrative Subpoena Should not Be Enforced." Upon review and consideration of the EEOC's application and supporting memorandum, the court ordered respondent to show cause why it should not be required to comply with Amended Subpoena No. CHMN-A18-5 issued by the EEOC.

On June 1, 2018, respondent filed a response to the court's order to show cause, advising that it would produce the requested documents to the best of its ability by June 15, 2018.

If it has not already done so, respondent shall produce the requested documents by July 6, 2018. This matter shall be deemed closed and the EEOC's application (Doc. No. 1) shall be administratively termed. Should the EEOC take further issue with respondent's response to its subpoena(s), it may file an application for whatever relief its believes it is entitled.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court